UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SAMUEL RIVERA, EUDOXIO ADAN IGLESIAS, MAXIMINO MARTINEZ RIVERA, GERARDO GONZAGA VILLALBA, GEREMIAS MARTINEZ MONTIEZ, and DIEGO GONZAGA MEXICANO, individually, and on behalf of all others similarly situated,

      *Plaintiffs,*

  - against -

LUCKY BEER & SODA INC. d/b/a 21ST STREET WHOLESALE BEER, 2910 ASTORIA LLC, and RAJESH SHAH,

      *Defendants.*
----------------------------------------------------------------x

12-CV-2084 (JG) (RER)

**STIPULATION TO EXTEND TIME**

  **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties herein that Defendants LUCKY BEER & SODA INC. d/b/a 21ST STREET WHOLESALE BEER, 2910 ASTORIA LLC, and RAJESH SHAH's time to move or answer with respect to Plaintiffs SAMUEL RIVERA, EUDOXIO ADAN IGLESIAS, MAXIMINO MARTINEZ RIVERA, GERARDO GONZAGA VILLALBA, GEREMIAS MARTINEZ MONTIEZ, and DIEGO GONZAGA MEXICANO's complaint is extended up to and including August 8, 2012. Defendants' original time to respond to the complaint was July 18, 2012. No prior requests for adjournment or extensions of time have been requested by Defendants.

  **IT IS FURTHER STIPULATED AND AGREED** that Defendants hereby waive defenses regarding service of process, if any.

1

Dated: New York, New York
July 18, 2012

| | |
|---|---|
| FITAPELLI & SCHAFFER, LLP | TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP |
| By: *(signature)* | By: *(signature)* |
| Joseph A. Fitapelli | Andrew W. Singer |
| Brian S. Schaffer | Sarah E. Mendola |
| Eric J. Gitig | 900 Third Avenue |
| 475 Park Avenue South, 12th Floor | New York, New York 10022 |
| New York, New York 10016 | (212) 508-6700 |
| (212) 300-0375 | Email – singer@thsh.com |
| Email – bschaffer@fslawfirm.com | |
| *Attorneys for Plaintiffs and the putative class* | *Attorneys for Defendants* |

**SO-ORDERED:**

_____
**U.S.D.J.**