UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SAMUEL RIVERA, EUDOXIO ADAN IGLESIAS, MAXIMINO MARTINEZ RIVERA, GERARDO GONZAGA VILLALBA, GEREMIAS MARTINEZ MONTIEZ, and DIEGO GONZAGA MEXICANO, individually, and on behalf of all others similarly situated,

                *Plaintiffs,*

- against -

LUCKY BEER & SODA INC. d/b/a 21ST STREET WHOLESALE BEER, 2910 ASTORIA LLC, and RAJESH SHAH,

                *Defendants.*
----------------------------------------------------------------x

12-CV-3084 (JG) (RER)

**NOTICE OF APPEARANCE AND DEMAND**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that Andrew W. Singer of Tannenbaum Helpern Syracuse & Hirschtritt LLP has been retained as an attorney for Defendants Lucky Beer & Soda Inc. d/b/a 21st Street Wholesale Beer, 2910 Astoria LLC, and Rajesh Shah, appears in this action, and requests that service of all papers, and notices of all proceedings in this action, be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
       July 19, 2012

                TANNENBAUM HELPERN
                SYRACUSE & HIRSCHTRITT LLP

                By:  s/ Andrew W. Singer
                      Andrew W. Singer

                    900 Third Avenue
                    New York, New York 10022
                    (212) 508-7535
                    Email – singer@thsh.com
                    *Attorneys for Defendants*